# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

AK Steel Corporation,

    Plaintiff,

    v.                                                   Case No. 1:10cv255

Donald Earley, *et al.*,                           Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court upon Defendants' Motion to Transfer Venue to the United States District Court for the Southern District of Alabama, Southern Division. (Doc. 6.)

After fully considering the Motion and the memoranda submitted by the parties, the Court has determined that a substantial part of the events giving rise to Plaintiff's claims arose in Alabama, and not in Ohio, and that numerous non-party witnesses are located in the Southern District of Alabama. Because transfer of this case would best serve the convenience of the parties, non-party witnesses, and the interest of justice, this Court **GRANTS** Defendants' Motion to Transfer.

The Clerk shall transfer this case to the United States District Court for the Southern District of Alabama, Southern Division and mark it as **CLOSED** on this docket.

    IT IS SO ORDERED.

                                           */s/ Michael R. Barrett*
                                           Michael R. Barrett
                                           United States District Judge