# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

AK STEEL CORPORATION,         :

    Plaintiff,                :

vs.                            :     CA 10-0415-KD-C

DONALD EARLY, et al.,        :

    Defendants.             :

## **SUPPLEMENTAL RULE 16(b) SCHEDULING ORDER**

On March 14, 2011, this matter came before the undersigned on the oral request of the parties for a telephonic conference "to address outstanding discovery issues and to request a revision to the remaining deadlines for the case schedule." (Doc. 25, parties' joint statement in response to order setting telephonic conference; *see also* Doc. 24.) The parties have requested a one-month extension of the discovery completion date and dispositive motions deadline in this matter. After consideration of the matter, the undersigned finds that the requested relief is due to be **GRANTED**, and **ORDERS** that the following supplemental scheduling order—revising Paragraphs 2 and 12 of the current Rule 16(b) Scheduling Order (Doc. 23) in their entirety—be entered pursuant to Federal Rule of Civil Procedure 16(b):

2.     <u>DISCOVERY COMPLETION DATE</u>. All discovery is to be completed on or before ***May 1, 2011***. **Requests for extension will be viewed with great disfavor and will not be considered except upon a showing (1) that extraordinary circumstances require it and (2) that the parties have diligently pursued discovered.**

For all actions, "completed" means that all depositions have been taken; interrogatories, requests for admissions, and requests for production filed and responded to; physical inspections and testing concluded; physical and mental examinations concluded; and motions to compel filed.

12.     <u>DISPOSITIVE MOTIONS</u>.     The Court considers dispositive motions, particularly summary judgment motions, to be appropriate methods for pretrial resolution of claims or defenses, or portions thereof, that do not contain disputed material facts, thus reducing the triable issues. In order to ensure that these issues are presented in sufficient time for the Court to reach a decision prior to trial, the parties **shall** identify those claims or defenses that do not require a trial in a properly-supported dispositive motion, filed not later than ***June 1, 2011***.

In submitting exhibits, the parties are reminded of Local Rules 5.5(b) and (c), which provide that only relevant portions of deposition transcripts or other discovery materials shall be filed in support of or in opposition to a motion. Evidentiary submissions that do not comport with these requirements may be disregarded.

**DONE and ORDERED** this the 14th day of March, 2011.

s/ WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**