IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **AK Steel Corporation,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 1:10cv415 |
| vs. ) | |
| ) | Magistrate Judge William E. Cassady |
| **Donald Earley, Dona Ashby and** ) | |
| **Jonathan Salisbury,** ) | |
| ) | |
| Defendants. ) | |

## PARTIES' JOINT SETTLEMENT STATEMENT

The Parties jointly represent to this Court that counsel for both parties have conferred as required by this Court's Scheduling Order with regards to settlement and regarding the viability of settlement through alternative dispute resolution procedures. Currently, the parties do not believe that an alternative dispute resolution procedure would be of assistance in the resolution of this case. Nonetheless, the parties are continuing their informal settlement discussions in a genuine effort to reach a full resolution of all claims. The parties will promptly notify the Court if they jointly feel that such alternative dispute resolution procedures would assist them in reaching an amicable settlement of this matter.

| | |
|---|---|
| *Per telephone approval 4/28/11* <br> */s/ Justin D. Flamm* <br> Justin D. Flamm (OH #0071575) <br> Ryan M. Martin (OH #0082385) <br> Taft Stettinius & Hollister LLP <br> 425 Walnut Street, Suite 1800 <br> Cincinnati, OH 45202 <br> Telephone:  513.381.2838 <br> Facsimile:  513.381.0205 <br> flamm@taftlaw.com; <br> martinr@taftlaw.com <br> *Attorneys for Plaintiff* | */s/ Thomas M.L. Metzger* <br> Thomas M. L. Metzger (OH #0059694) <br> Natalie M. McLaughlin (OH #0082203) <br> LITTLER MENDELSON, P.C. <br> 21 East State Street <br> 16th Floor <br> Columbus, OH  43215 <br> Telephone: 614.463.4201 <br> Facsimile: 614.221.3301 <br> tmetzger@littler.com <br> nmclaughlin@littler.com <br> *Attorneys for Defendants* |

### CERTIFICATE OF SERVICE

I hereby certify that on 29th day of April, 2011, a copy of the foregoing was served via electronic mail and regular U.S. Mail upon:

Justin D. Flamm, Esquire
Ryan M. Martin, Esquire
Taft, Stettinius & Hollister, LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202

*/s/ Thomas M. L. Metzger*