IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| AK STEEL CORPORATION, | : | |
| Plaintiff, | : | |
| vs. | : | CA 10-0415-KD-C |
| DONALD EARLY, et al., | : | |
| Defendants. | : | |

## ORDER

Before the Court is the Parties' Joint Settlement Statement (Doc. 27), filed April 29, 2011, pursuant to paragraphs 2 and 15 of the Rule 16(b) Scheduling Order (Doc. 23), entered August 17, 2010, as modified by the Supplemental Rule 16(b) Scheduling Order (Doc. 26), entered March 14, 2011. After a review of this assessment of the applicability of ADR procedures at the close of discovery, it is decided not to require mediation or a settlement conference at the present time.

This Joint Settlement Statement is to be updated by a supplemental report approximately one month before the final pretrial conference on August 1, 2011.

**DONE and ORDERED** this the 5th day of May, 2011.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**