IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **AK STEEL CORPORATION,** | : |
| Plaintiff, | : |
| v. | : Case No. 1:10cv415 |
| | : Judge Kristi K. DuBose |
| **DONALD EARLEY, DONA ASHBY AND JONATHAN SALISBURY,** | : Magistrate Judge William E. Cassady |
| Defendants. | : |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendants Donald Earley, Dona Ashby and Jonathan Salisbury (collectively "Defendants"), move for summary judgment on the grounds that there is no genuine issue of material fact as to any of Plaintiff's claims. Defendants are simultaneously filing *Proposed Determinations of Undisputed Facts and Conclusions of Law in Support of Defendants' Motion for Summary Judgment*, along with supporting exhibits.

WHEREFORE, Defendants respectfully move this Court to enter summary judgment in its favor on all of Plaintiff's claims.

Respectfully submitted,

*/s/ Thomas M.L. Metzger*

Thomas M.L. Metzger  (admitted Pro Hac Vice)
Natalie M. McLaughlin (admitted Pro Hac Vice)
Littler Mendelson, P.C.
21 East State Street, Suite 1600
Columbus, OH  43215
Telephone: 614.463.4201
Facsimile:  614.221.3301
Email:      tmetzger@littler.com;
            nmclaughlin@littler.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of June, 2011, I electronically filed the foregoing *Defendants' Motion for Summary Judgment* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Justin D. Flamm, Esq.
> Ryan M. Martin, Esq.
> Taft Stettinius & Hollister LLP
> 425 Walnut Street, Suite 1800
> Cincinnati, Ohio 45202
> *Attorneys for Plaintiff*

> /s/ Thomas M.L. Metzger
> An Attorney for Defendants

Firmwide:101628682.1 059136.1037