# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| AK STEEL CORP., | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: 10-00415-KD-C |
| | ) |
| DONALD EARLEY, *et al.*, | ) |
|     Defendants. | ) |

## ORDER

This matter is before the Court on a review of defendants' pending motion for summary judgment. (Doc. 29).

It is **ORDERED** that the parties shall, on or before **August 15, 2011**, file briefs concerning which state's law applies to and/or governs the non-contract claims in this case.

**DONE** and **ORDERED** this the **8th** day of **August 2011.**

                          /s/ Kristi K. DuBose
                          **KRISTI K. DuBOSE**
                          **UNITED STATES DISTRICT JUDGE**