## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| AK STEEL CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:10-00415-KD-C |
| | ) |
| DONALD EARLEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the orders entered this date (Doc. 49) and August 19, 2011 (Doc. 43) granting the motion for summary judgment filed by Defendants Donald Earley, Dona Ashby, and Jonathan Salisbury (Doc. 29), it is hereby **ORDERED, ADJUDGED** and **DECREED** that the claims of Plaintiff AK Steel Corporation against Defendants Donald Earley, Dona Ashby, and Jonathan Salisbury are **DISMISSED with prejudice.**

Each party shall bear its own costs.

**DONE** and **ORDERED** this the **16th** day of **September 2011**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**